



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2005 ★
BROOKLYN OFFICE

SLR:KH
2004V00228

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 3, 2005

The Honorable Cheryl Pollak
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. United States Currency in the Sum of
         One Hundred Eighty-Five Thousand Dollars More or Less,
         et. al.
         Civil Action No. 04-CV-883 (Gleeson, J.)(Pollak, M.J)

Dear Magistrate Judge Pollak:

    The government respectfully requests a sixty day extension of time, from October 7, 2005 until December 7, 2005, to submit its pre-motion conference request regarding the government's proposed motion for summary judgment in this case. This extension is necessary because the government just received authorizations for claimant's tax records from claimant's counsel last week, and because claimant's counsel has not yet provided the government with a copy of the August 23, 2005 deposition transcript of its expert, Paul Radwanski, for review and certification. The government needs to review both claimant's tax records, once the authorizations are processed by the IRS, and the expert's deposition transcript prior to moving for summary judgment or filing its pretrial conference letter. The government anticipates that the tax records can be obtained within the requested time period. In turn, the government hopes that claimant's counsel will timely provide a copy of the deposition transcript to the government for review and certification.

    This is the first request for extension of time to file the pre-motion conference letter regarding summary judgment in this

case. The government has not sought consent for this extension from claimant's counsel because such pre-motion conference requests are unilateral in nature and should not require consent of the opposing party.

>Very truly yours,
>
>ROSLYNN R. MAUSKOPF
>United States Attorney
>
>By: /s/
>Kelly Horan
>Assistant U.S. Attorney
>(718) 254-6007

cc: John Iannuzzi, Esq.
74 Trinity Place
Suite 1800
New York, New York 10006

Request granted.
So Ordered

s/Cheryl Pollak

USMJ

10/5/05